UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE FAB UNIVERSAL CORPORATION SHAREHOLDER DERIVATIVE LITIGATION _____ This Document Relates To: ALL DERIVATIVE ACTIONS _____ | ) Lead Case No. 14-CV-687 ) ) ) ) ) ) ) ) |

**NOTICE OF PLAINTIFFS'
MOTION FOR FINAL APPROVAL OF SETTLEMENT**

PLEASE TAKE NOTICE that Plaintiffs Kathi W. Thorbjornsen and Randolph J. Rowekamp respectfully move this Court for an Order pursuant to Rule 23.1 of the Federal Rules of Civil Procedure finally approving the Settlement of all derivative claims set forth in the above-captioned action.

This motion is based upon the accompanying Memorandum of Law in Support of the Motion for Final Approval of Settlement, the Declaration of Melinda A. Nicholson in Support of the Motion for Final Approval of Settlement and Motion for an Award of Attorneys' Fees, Reimbursement of Expenses, and Incentive Awards ("Declaration"), and all related exhibits.

On August 11, 2015, this Court entered an Order preliminarily approving the proposed Settlement, directing the Parties to disseminate notice of the Settlement, setting a further briefing schedule, and scheduling a hearing to consider whether to grant final approval of the Settlement (the "Preliminary Approval Order"). Having complied with the directives of the Preliminary Approval Order, and for the reasons set forth in the accompanying memorandum and Declaration, Plaintiffs now respectfully request entry of an Order and Final Judgment:

1) Finally approving the terms of the Settlement as fair, reasonable, and adequate;

2) Finding that notice of the Settlement issued pursuant to and in accordance with the Preliminary Approval Order was adequate, reasonable, and in full compliance with Federal Rule of Civil Procedure 23.1, due process and all applicable law;

3) Certifying, for settlement purposes only, that the litigation is properly maintained as a shareholder derivative action on behalf of the Company; and

4) Dismissing the litigation with prejudice.

The proposed Order and Final Judgment is attached as Exhibit D to the Stipulation and Agreement of Compromise, Settlement and Release, which is being contemporaneously submitted to the Court as Exhibit A to the Declaration.

Dated:  September 3, 2015                                      Respectfully submitted,

KAHN SWICK & FOTI, LLC

By: s/*Melinda A. Nicholson*
Melinda A. Nicholson
KAHN SWICK & FOTI, LLC
206 Covington Street
Madisonville, LA 70447
Telephone: (504) 455-1400
Facsimile: (504) 455-1498
*melinda.nicholson@ksfcounsel.com*

*Lead Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on September 3, 2015, I electronically filed: Notice of Plaintiffs' Motion for Final Approval of Settlement; Memorandum of Law in Support of the Motion for Final Approval of Settlement; Declaration of Melinda A. Nicholson in Support of the Motion for Final Approval of Settlement and Motion for an Award of Attorneys' Fees, Reimbursement of Expenses, and Incentive Awards using the CM/ECF system, which then sent a notification of such filing (NEF) to all counsel of record.

/s/ *Melinda A. Nicholson*
Melinda A. Nicholson